IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN W. MOORE,

    Plaintiff,

v.

UNITED STATES POSTAL SERVICE,

    Defendant.

JUDGMENT IN A CIVIL CASE

10-cv-473-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant United States Postal Service granting its motion for summary judgment and dismissing this case.

_____      6/8/11
Peter Oppeneer, Clerk of Court          Date